**Order entered January 3, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01108-CR

**JIMMY PORRAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause No. F06-19430-U**

## ORDER

This Court's memorandum opinion in the above case of December 30, 2019 is hereby withdrawn. A new opinion will issue in due course.

/s/    LANA MYERS
       JUSTICE